UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| JULIE C. KING | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:24-cv-737-RGJ-RSE |
| | ) | |
| NORTHWESTERN MUTUAL LIFE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| DEFENDANT | ) | |

## **ORDER**

Upon motion of Defendant, The Northwestern Mutual Life Insurance Company, to bifurcate the bad faith claims asserted by Plaintiff from the Plaintiff's contract claims and Northwestern Mutual's rescission counterclaim and hold Plaintiff's non-contract claims in abeyance, the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion is granted.