EXHIBIT C - 1

```
D2843718  S-R
REC TYPE: MIB
REPLY TYPE: HIT
REPLY DATE: 2020-12-14

NAME: JULIA C  KING
PRIMARY STATE OF RESIDENCE: KY
PRIMARY STATE OF BIRTH: SC
PRIMARY DATE OF BIRTH: ███████
OCCUPATION:  OWNERNOFARM

TERRITORY: E
REPORT DATE:  2014-03-25
1997 CODES: 912#X#-
030HYC-291TZN
```

## Northwestern Mutual®

## REQUEST FOR MIB CODE DETAILS

To: **MIB Processor- E3L**

From: _____
　　　　　　Underwriter Name

　　　　_____
　　　　Location　　　　　　Phone No.

Date: _____

*Instructions to Underwriter:*

1. Circle MIB codes that require details.
2. Select the preferred method of response.

Preferred Method of Response

☐　Right Fax: (414)　_____

☐　Other Fax: (414)　_____

☐　Phone: (414)　_____

☐　Mail:

Return to:

_____
Underwriter Name

_____
Location

From: **MIB Processor - E3L**

Date: _____

**MIB PROCESSOR USE ONLY**

Request(s) to MIB:

1st: _____

2nd _____

3rd: _____

4th: _____

5th: _____

17-0832 (1105)　　　　　　　　　　　　　　　　　　　　P

NM00010656