**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **JULIA C. KING,**<br><br>      **Plaintiff / Counterclaim Defendant**<br><br>**v.**<br><br>**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,**<br><br>      **Defendant / Counterclaim Plaintiff** | **Civil Action No 3:24-cv-737-RGJ** |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

On July 28, 2025, following both parties' efforts to resolve their discovery dispute, the Court entered an order directing both parties to proceed with filing their competing motions to compel.[1]  Ms. King timely filed her motion to compel and the parties completed briefing on the discovery she contends is in dispute.  Having heard from the parties and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** Plaintiff's motion to compel is **GRANTED**.  Within 7 days of this order, NWML shall:

- Produce all electronically saved information ("ESI") data and all documents in their native format;

- Amend its objections to comply with the Federal Rules, including stating whether responsive documents have been withheld in conformity with Fed.R.Civ.P. 34(b)(2)(C); and,

- Produce documents responsive to Requests for Production Nos. 11, 15, 26-33, 35, 36-39 and 40.

---

[1]    *See* Doc. 24.